AQUA SHIELD, Plaintiff–Cross–Appellant

v.

INTERPOOL POOL COVER TEAM, Alukov HZ Spol Sro, Alukov Spol Sro, Pool & Spa Enclosures, Defendants–Appellants

2015–2009, 2015–2055

United States Court of Appeals, Federal Circuit.

November 8, 2016

TODD E. ZENGER, Kirton & McConkie, Salt Lake City, UT, argued for plaintiff-cross-appellant.

GREGORY J. COFFEY, Coffey & Associates, Morristown, NJ, argued for defendants-appellants.

## JUDGMENT

Per Curiam (Taranto, Chen, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**